No. 23-1127

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| **VIVEK SHAH**<br>    **Plaintiff,**<br><br>v.<br><br>**NYP HOLDING, INC., et al.,**<br>    **Defendants.** | Appeal from the United States<br>District Court for the Northern<br>District of Illinois, No.: 21 CV 6148<br><br>The Honorable SHARON<br>JOHNSON COLEMAN, Judge<br>Presiding. |

## APPELLANT'S RESPONSE TO COURT'S ORDER

By Order (Doc. 10) dated January 27, 2023, this Court has requested Plaintiff-Appellant to file a statement advising the Court whether he intends to file a "fresh notice of appeal."

A fresh notice of appeal is not required. *See* Federal Rules of Appellate Procedure Rule 4(a)(2) ("A notice of appeal filed after the court announces a decision or order—but before the entry of the judgment or order—is treated as filed on the date of and after the entry."). The U.S. Supreme Court has explained that the Rule "was intended to protect the unskilled litigant who files a notice of appeal from a decision that he reasonably but mistakenly believes to be a final judgment, while failing to file a notice of appeal from the actual final judgment." *FirsTier Mortgage Co. v. Investors Mortgage Ins. Co.*, 498 U.S. 269, 276, 111 S.Ct. 648, 112 L.Ed.2d 743 (1991).

As such, this Court should treat the Notice of Appeal as filed on January 25, 2023.


Dated: January 27, 2023.

1

<u>Vivek Shah</u>

VIVEK SHAH
236 Woburn Ln
Schaumburg, IL 60173